ACCEPTED
15-25-00093-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 1:35 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 1:35:23 PM
CHRISTOPHER A. PRINE
Clerk



# KEN PAXTON

ATTORNEY GENERAL OF TEXAS

SARA B. BAUMGARDNER
Assistant Solicitor General

(512) 463-9920
sara.baumgardner@oag.texas.gov

Thursday, June 12, 2025

**Via e-filing**

Christopher A. Prine, Clerk
Texas Court of Appeals for the Fifteenth Judicial District

> Re:   No. 15-25-00093-CV, *State v. City of San Antonio*

Dear Mr. Prine:

I write to advise the Court of my withdrawal as counsel for Appellant the State of Texas in the above-captioned case. Nathaniel Plemons, who has previously appeared in this case, will serve as lead counsel for the State.

Respectfully submitted.

/s/ Sara B. Baumgardner

Sara B. Baumgardner
Assistant Solicitor General

cc: all counsel of record (via e-mail)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of Sara Baumgardner
Bar No. 24108865
maria.williamson@oag.texas.gov
Envelope ID: 101946038
Filing Code Description: Letter
Filing Description: 20250612 _Notice of Withdrawal_S Baumgardner_Final
Status as of 6/12/2025 1:39 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 6/12/2025 1:35:23 PM | SENT |
| Deborah Klein | 11556750 | Deborah.Klein@sanantonio.gov | 6/12/2025 1:35:23 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 6/12/2025 1:35:23 PM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 6/12/2025 1:35:23 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 6/12/2025 1:35:23 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 6/12/2025 1:35:23 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 6/12/2025 1:35:23 PM | SENT |
| Carla Matheson | | cmatheson@scottdoug.com | 6/12/2025 1:35:23 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Amy Hilton | 24097834 | Amy.Hilton@oag.texas.gov | 6/12/2025 1:35:23 PM | SENT |
| Sara Baumgardner | | sara.baumgardner@oag.texas.gov | 6/12/2025 1:35:23 PM | SENT |
| Nathaniel Plemons | | nathaniel.plemons@oag.texas.gov | 6/12/2025 1:35:23 PM | SENT |
| Katherine Pitcher | 24143894 | katherine.pitcher@oag.texas.gov | 6/12/2025 1:35:23 PM | SENT |